45975.   HARPER v. AVCO FINANCIAL SERVICES, INC.

Hall, Presiding Judge. This is an appeal from the grant of a summary judgment for the plaintiff in a suit to foreclose a security agreement on a 1962 automobile in the possession of the appellant. The stipulated facts show that the former owner gave a bill of sale to secure debt to plaintiff dated July 30, 1967; that he later sold the automobile to appellant for value; that appellant applied to register the vehicle and was issued a

license tag receipt on March 24, 1970; and that plaintiff recorded its claim of lien or security interest on July 9, 1970.

The sole question is priority of claims. A title certificate is not required for a pre-1963 automobile; however, the only way to perfect a security interest in any automobile since the enactment of the Uniform Commercial Code is by filing under the Motor Vehicle Certificate of Title Act. *Code Ann* § 68-406 (a); *Staley v. Phelan Finance Corp.*, 116 Ga. App. 1 (156 SE2d 201). This court has held that a late-perfected security interest is not retroactively valid against an innocent third party who acquired the automobile for value. *First Nat. Bank &c. Co. v. Smithloff*, 119 Ga. App. 284 (167 SE2d 190).

The trial court erred in granting a summary judgment for the plaintiff.

> *Judgment reversed. Eberhardt and Whitman, JJ., concur.*
> SUBMITTED MARCH 8, 1971—DECIDED JUNE 4, 1971.

*Preston L. Holland,* for appellant.
*Leonard N. Steinberg,* for appellee.